**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joshua C. Winfield** | Social Security number or ITIN | **xxx–xx–8260** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nicole L. Winfield** | Social Security number or ITIN | **xxx–xx–7825** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–20959–GLT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua C. Winfield                    Nicole L. Winfield

7/29/20                               **By the court:**   Gregory L. Taddonio
                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                             Case No. 20-20959-GLT
Joshua C. Winfield                                                 Chapter 7
Nicole L. Winfield
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                 Page 1 of 2                  Date Rcvd: Jul 29, 2020
                              Form ID: 318                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db/jdb         +Joshua C. Winfield,    Nicole L. Winfield,    947 Lindberg Avenue,    Homestead, PA 15120-2921
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15216907       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
15229364       +First National Bank,    Attn: Bankruptcy,   4140 East State Street,    Hermitage, PA 16148-3401
15229365        Nissan-Infiniti LT,    PO Box 660366,   Dallas, TX 75266-0366
15229367       +Pitts Fire F,    1200 N 7th St.,   Harrisburg, PA 17102-1419
15229372       +The Home Depot,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
15229373       +USDOE/GLELSI,    Attn: Bankruptcy,   PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Jul 30 2020 07:53:00      Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:16:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:16:51      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 30 2020 04:17:31       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Jul 30 2020 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15229356        E-mail/Text: ebn@americollect.com Jul 30 2020 04:17:16       Americollect, Inc.,
                 1851 S. Alverno Road,    Manitowoc, WI 54220
15229357        EDI: CAPITALONE.COM Jul 30 2020 07:53:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
15229358       +EDI: CAPITALONE.COM Jul 30 2020 07:53:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
15229359       +EDI: CAPITALONE.COM Jul 30 2020 07:53:00      Capital One/Walmart,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
15229360       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 30 2020 04:17:12
                 Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15229361       +EDI: WFNNB.COM Jul 30 2020 07:53:00      Comenity Bank/Victoria Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
15229362       +EDI: WFNNB.COM Jul 30 2020 07:53:00      Comenity/MPRC,    Attn: Bankruptcy,   PO Box 182125,
                 Columbus, OH 43218-2125
15229363       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2020 04:19:23      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
15229366       +EDI: AGFINANCE.COM Jul 30 2020 07:53:00      OneMain,    P.O. Box 1010,
                 Evansville, IN 47706-1010
15229368       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 30 2020 04:17:20       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
15229369       +EDI: RMSC.COM Jul 30 2020 07:53:00      SYNCB/Care Credit,    C/O PO Box 965036,
                 Orlando, FL 32896-0001
15229370       +EDI: RMSC.COM Jul 30 2020 07:53:00      SYNCB/Old Navy,    PO Box 530943,
                 Atlanta, GA 30353-0943
15217659       +EDI: RMSC.COM Jul 30 2020 07:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15229371       +EDI: WTRRNBANK.COM Jul 30 2020 07:53:00      TD Bank USA/Target Credit,    PO Box 1470,
                 Minneapolis, MN 55440-1470
15229374       +EDI: VERIZONCOMB.COM Jul 30 2020 07:53:00      Verizon Wireless,    PO Box 650051,
                 Dallas, TX 75265-0051
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nissan Motor Acceptance Corporation
aty*           +Robert Shearer,    5703 Brewster Lane,   Erie, PA 16505-1109
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: admin                Page 2 of 2            Date Rcvd: Jul 29, 2020
                              Form ID: 318               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Herron    on behalf of Debtor Joshua C. Winfield mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Nicole L. Winfield mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Shearer    information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8
```