**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joshua C. Winfield**
**Nicole L. Winfield**
    Debtor(s)

Bankruptcy Case No.: 20–20959–GLT

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

     Robert Shearer is discharged as trustee of the estate of the above named Debtor(s) and the
bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 19, 2020

<u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20959-GLT
Joshua C. Winfield                                                        Chapter 7
Nicole L. Winfield
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 1            Date Rcvd: Aug 19, 2020
                              Form ID: 129         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db/jdb          +Joshua C. Winfield,    Nicole L. Winfield,    947 Lindberg Avenue,    Homestead, PA 15120-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
          James  Warmbrodt     on behalf of Creditor    Nissan Motor Acceptance Corporation
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Matthew M. Herron    on behalf of Debtor Joshua C. Winfield mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Joint Debtor Nicole L. Winfield mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert  Shearer    information@robertshearer.com,   rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
           rshearer@ecf.axosfs.com;rspclaw@gmail.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                        TOTAL: 8